# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tai Quoc Dang, | No. CV-25-03673-PHX-SPL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| David R. Rivas, et al., | |
| Respondents. | |

By Order dated December 4, 2025, the Court directed Respondents to file periodic status reports on their efforts to effect Petitioner's removal. Respondents now report that Petitioner has been removed from the United States. (Doc. 20). Accordingly, the Petition is now moot, and the Court will dismiss this action.

**IT IS THEREFORE ORDERED** that:

(1)    The Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed without prejudice**.

(2)    The Clerk of Court must **enter judgment** accordingly, and close this case.

Dated this 9th day of January, 2026.

Honorable Steven P. Logan
United States District Judge